ACCEPTED
09-17-00068-CR
NINTH COURT OF APPEALS
BEAUMONT, TEXAS
12/13/2017 2:20 PM
CAROL ANNE HARLEY
CLERK

## NO. 09-17-00068-CR

| | | |
|---|---|---|
| **JOHN WESLEY SMITH** | * | **IN THE COURT OF APPEALS** |
| **Appellant** | * | |
| | * | |
| **VS.** | * | **NINTH DISTRICT OF TEXAS** |
| | * | |
| **THE STATE OF TEXAS,** | * | |
| **Appellee** | * | **BEAUMONT, TEXAS** |

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS
12/13/2017 2:20:53 PM
CAROL ANNE HARLEY
Clerk

### STATE'S MOTION FOR EXTENSION OF TIME
### TO FILE STATE'S BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW the State of Texas, Appellee, by and through its Assistant District Attorney of Orange County, Texas, Krispen Walker, and files this State's Motion for Extension of Time to File Brief, and in support thereof would show the Court the following:

1. Name of Trial Court: 163rd District Court
   Orange County, Texas

2. Trial Court Style: Cause No. B160460-R; STATE OF TEXAS V. JOHN WESLEY SMITH

3. Offense:  Injury to an Elderly Individual

4. Punishment Assessed:  Sixty-nine (69) years confinement TDCJ-ID

5. Present Filing Deadline:  December 13, 2017

6. Length of extension required:  30 days

7. Number of previous extensions:  None

8.    Good cause of this extension is as follows:

In the past 30 days, Counsel has displaced from her regular office due to damage to her office caused by Tropical Storm Harvey.   In the meantime, Counsel has continued to manage her docket including multiple hearings including motions to suppress and open sentencings.

WHEREFORE, premises considered, the undersigned counsel respectfully files this Motion and moves for the requested extension.

Respectfully submitted,
JOHN D. KIMBROUGH
COUNTY ATTORNEY


/s/ Krispen Walker
KRISPEN WALKER
ASSISTANT COUNTY ATTORNEY
ORANGECOUNTY COURTHOUSE
ORANGE, TEXAS 77630
(409) 883-6764
STATE BAR# 00791870
ATTORNEY FOR THE STATE

<u>CERTIFICATE OF SERVICE</u>

I, Krispen Walker, Assistant County Attorney for Orange County, Texas, do hereby certify that a true and correct copy of the foregoing State's Motion for Extension of Time to File the State's Brief has been served on the Appellant by sending a copy to Jamie D. Matuska, 2809 Highway 69 North, Nederland, Texas 77627 on this the 13th day of December, 2017.

<u>/s/ Krispen Walker</u>
KRISPEN WALKER
ASSISTANT DISTRICT ATTORNEY

## NO. 09-17-00068-CR

| | | |
|---|---|---|
| **JOHN WESLEY SMITH** | * | **IN THE COURT OF APPEALS** |
| **Appellant** | * | |
| | * | |
| **VS.** | * | **NINTH DISTRICT OF TEXAS** |
| | * | |
| **THE STATE OF TEXAS,** | * | |
| **Appellee** | * | **BEAUMONT, TEXAS** |

## <u>ORDER</u>

On this the _____ day of _____, 2017, came to be heard the State's Motion for Extension of Time to File Brief in the above styled and numbered cause, and after due consideration of same finding that good cause exists for the granting of same;

IT IS ORDERED, ADJUDGED and DECREED by the court that the time for filing State's brief shall be extended to and including _____, 2017.

SIGNED this _____ day of _____, 2017.

_____
JUDGE PRESIDING